IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL SCHMECHEL | : | CIVIL ACTION |
| v. | : | |
| PAMELA L. WILTON, et al | : | NO.  02-4823 |

O R D E R

AND NOW, this 23rd day of July, 2002, at the instance of the Court, the above captioned action is referred to ARBITRATION.

---

THOMAS N. O'NEILL, JR.,     J.